United States District Court
Southern District of Texas
FILED

DEC 11 2014

Clerk of Court

# SEALED RECORD

DESCRIPTION OF CONTENTS: Sealed Application

SEALED BY ORDER OF THE COURT

CASE NO. B-14-mc-1129
INSTRUMENT NO. 1